# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC., <br><br>Plaintiff, <br><br>v. <br><br>NATALI LILIANO DELGADO, et al., <br><br>Defendants. | No. 2:19-cv-02033-MCE-CKD <br><br><br>ORDER |

On November 10, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 12.) On November 25, 2020, plaintiff filed objections, which the undersigned found to be without merit.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The Proposed Order and Findings and Recommendations (ECF No. 12) are ADOPTED:
2. Plaintiff's motion for default judgment (ECF No. 9) is GRANTED;
3. Judgment is entered against defendants on plaintiff's claims brought pursuant to 47 U.S.C. § 605(a);

4. Plaintiff is awarded statutory damages in the amount of $5,000.00; and

5. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: March 17, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE